# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00155 |
| Jacob Lewis | ) Assigned to: Judge Zia M. Faruqui |
| | ) Assign Date: 1/22/2021 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| **Date of Birth:  XXXXXXXX** | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the
_____ in the District of __Columbia__ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1752 (a)(1), (2)- | Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority; |
| 40 U.S.C. 5104(e)(2)(D) & (G)- | Violent Entry and Disorderly Conduct on Capitol Grounds |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
Complainant's signature

Stephen R. Hart, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: __01/22/2021__                                   _____
                                                        Judge's signature

City and state:  Washington, D.C.                       ZIA M. FARUQUI, U.S. Magistrate Judge
                                                        *Printed name and title*