NOTICE OF APPEARANCE IN A CRIMINAL CASE

## CLERK'S OFFICE
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
## WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA

vs.                                    Criminal Number  | 1:21-mj-00155-ZMF |

| JACOB LEWIS |

(Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

☐ CJA          ■ RETAINED          ☐ FEDERAL PUBLIC DEFENDER

_/s/ D. Eckhart_
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

| Dan Eckhart, FL BAR 0488674 |
(Attorney & Bar ID Number)

| Dan Eckhart Law |
(Firm Name)

| 200 E. Robinson St., Ste. 1150 |
(Street Address)

| Orlando          FL          32801 |
(City)           (State)        (Zip)

| (407) 276-0500 |
(Telephone Number)

