AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Jacob Lewis

)
) Case: 1:21-mj-00155
) Assigned to: Judge Zia M. Faruqui
) Assign Date: 1/22/2021
) Description: COMPLAINT W/ ARREST WARRANT
)

Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)  Jacob Lewis,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1752 (a)(1), (2)- Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
40 U.S.C. 5104(e)(2)(D) & (G)- Violent Entry and Disorderly Conduct on Capitol Grounds

Date: 01/22/2021

2021.01.22
17:19:02 -05'00'

*Issuing officer's signature*

City and state: Washington, D.C.

ZIA M. FARUQUI, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on (date) 1/22/21, and the person was arrested on (date) 1/27/21
at (city and state) Victorville, CA.

Date: 1/27/21

*Arresting officer's signature*

SA Scott Winrow
*Printed name and title*